

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARVIN JONES | CIVIL ACTION |
| VERSUS | NO. 06-5275 |
| MARLIN GUSMAN; STATE OF LOUISIANA;<br>ORLEANS PARISH POLICE JURY;<br>AMERICAN CIVIL LIBERTIES UNION;<br>AZSY INSURANCE COMPANY; AND JOHN<br>AND/OR JOAN DOE | SECTION "N"(4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on July 27, 2007, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Marvin Jones's Title 42 U.S.C. § 1983 claims against the State of Louisiana are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction, as frivolous, for failure to state a claim for which relief can be granted, and for seeking relief against an immune defendant pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Jones's § 1983 claims against Orleans Parish Criminal Sheriff Marlin Gusman, the Orleans Parish Police Jury, the AZSY Insurance Company, and John and/or Joan Doe are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a

```
___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep___
___ Doc. No.___
```

claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that the **Motion to Dismiss Defendant State of Louisiana (Rec. Doc. No. 10)** filed by the State of Louisiana, and the **Motion for Judgment on the Pleadings Pursuant to Rule 12(c) (Rec. Doc. No. 20)** filed by Sheriff Gusman are **DISMISSED as moot**.

New Orleans, Louisiana, this \_\_2nd\_\_ day of \_\_August\_\_, 2007.

_____
UNITED STATES DISTRICT JUDGE